THE PEOPLE OF THE STATE OF NEW YORK ex rel. WILLIAM MITCHELL, Appellant, v WILLIAM LAPE, as Superintendent of Marcy Correctional Facility, et al., Respondents.

Submitted March 19, 2007; decided April 26, 2007

Motion for reargument denied [*see* 8 NY3d 876].

MARGARITA RIVERA, Respondent, v KATTE ANILESH, D.D.S., et al., Defendants, and INDU ANILESH, D.D.S., Appellant.

Submitted April 9, 2007; decided April 26, 2007

Motion by FOJP Service Corporation for leave to file a brief amicus curiae on the appeal herein denied as untimely (*see* Rules of Prac of Ct of Appeals [22 NYCRR] § 500.23).

TRANSPORT WORKERS UNION OF AMERICA LOCAL 100 AFL-CIO et al., Appellants, v ALAN G. SCHWARTZ et al., Respondents, et al., Defendants.

Submitted January 22, 2007; decided April 26, 2007

Motion for reargument of motion for leave to appeal denied [*see* 7 NY3d 922]. Motion for leave to appeal denied.

In the Matter of VICTORIA H., Appellant. ONONDAGA COUNTY ATTORNEY, Respondent.

Submitted February 26, 2007; decided April 26, 2007

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the proceeding within the meaning of the Constitution.